# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-06-00037-CR

**Timothy Richard Woodall, Appellant**

**v.**

**The State of Texas, Appellee**

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 368TH JUDICIAL DISTRICT
NO. 03-401-K368, HONORABLE BURT CARNES, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Timothy Richard Woodall perfected this appeal from an order denying bail pending appeal. *See* Tex. Code Crim. Proc. Ann. art. 44.04(g) (West Supp. 2005). When no brief was filed, a hearing was ordered. *See* Tex. R. App. P. 38.8(b). At this hearing, appellant and his attorney informed the court that they were abandoning this appeal.

The appeal is dismissed.

_____

Bob Pemberton, Justice

Before Chief Justice Law, Justices Patterson and Pemberton

Dismissed

Filed:   August 18, 2006

Do Not Publish